IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND SATTERFIELD & PONTIKES CONSTRUCTION, INC., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-01926 |
| UNITED STATES FIRE INSURANCE COMPANY, | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF SATTERFIELD & PONTIKES CONSTRUCTION, INC.'S MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Plaintiff Satterfield & Pontikes Construction, Inc.'s Motion for Summary Judgment (Doc. No. ___), any responses, replies, and the evidence presented by the parties, and finds that the motion in all things should be GRANTED, and it is therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiff Satterfield & Pontikes Construction, Inc.'s Motion for Summary Judgment is hereby GRANTED. It is further

ORDERED, ADJUDGED and DECREED

(1) That S&P properly allocated the arbitration award and judgment among its own policies, and properly offset the subcontractor settlements against the award and judgment;

(2) That S&P is entitled to be made whole before any other party in this dispute;

(3) That US Fire has breached its policy contract, and S&P is awarded its damages caused by that breach in the amount of $439,131.98;

(4) That S&P is entitled to recover its attorney's fees due to US Fire's breach of contract under Chapter 38 of the Texas Civil Practice and Remedies Code in an amount to be proven on submission; and

(5) That S&P is entitled to recover its costs and expenses, as well as prejudgment and post-judgment interest in the maximum amount allowed by law.

SIGNED this _____ day of __________, 2016.

______________________________________
UNITED STATES DISTRICT JUDGE