United States District Court
Southern District of Texas
**ENTERED**
July 10, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al., *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-01926 |
| UNITED STATES FIRE INSURANCE COMPANY, *Defendant*. | § | |

**PARTIAL FINAL JUDGMENT**

In this insurance coverage lawsuit, Satterfield & Pontikes Construction, Inc. ("S&P"), American Guarantee and Liability Insurance Company ("AGLIC"), and Amerisure Mutual Insurance Company ("Amerisure") state claims against United States Fire Insurance Company ("U.S. Fire") arising out of U.S. Fire's alleged obligation to reimburse the other parties for amounts paid to indemnify S&P against a final judgment in an underlying construction defect lawsuit. U.S. Fire seeks a declaration that it has no such obligation.

On June 1, 2017, the Court entered a Memorandum and Opinion [Doc. No. 110] holding that "on the issue of US Fire's liability, S&P and the primary insurers' motions are denied and US Fire's motion is granted." The Court found that "in the dispute between S&P, AGLIC, and Amerisure on the one hand and US Fire on the other, US Fire prevails."

The Court's Memorandum and Opinion disposes of all claims related to U.S. Fire in this lawsuit, granting summary judgment on the claims by U.S. Fire, and dismissing all claims against U.S. Fire. The Court hereby **ORDERS** that judgment in this lawsuit is entered in favor of Defendant U.S. Fire, and the claims against it are **DISMISSED** with prejudice. This partial judgment is entered as a final judgment as to all claims brought by or against U.S. Fire. This judgment does not affect the remaining claims by and between S&P, AGLIC, and Amerisure.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court certifies that entry of this final judgment is proper because the Court's Memorandum and Opinion disposes of all claims related to U.S. Fire, the remaining claims do not impact this judgment, the administrative and private costs, equities, and interests favor final judgment, and there is no otherwise just reason for delay of the entry of this partial final judgment.

All costs and fees are to be borne by the incurring party with respect to the claims brought by or against U.S. Fire.

SIGNED on July 10, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge