IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND SATTERFIELD & PONTIKES CONSTRUCTION, INC., Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-01926 |
| UNITED STATES FIRE INSURANCE COMPANY, Defendant. | § | |

**JOINT NOTICE OF APPEAL OF SATTERFIELD & PONTIKES CONSTRUCTION, INC., AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND AMERISURE MUTUAL INSURANCE COMPANY**

Notice is given by Plaintiffs, Satterfield & Pontikes Construction, Inc. and American Guarantee and Liability Insurance Company, and Intervenor Amerisure Mutual Insurance Company, that they appeal to the United States Court of Appeals for the Fifth Circuit the following order and judgment signed by United States District Judge Lee H. Rosenthal on July 10, 2017:

1. Opinion and Order (Docket Entry No. 110) granting the motion for summary judgment of Defendant United States Fire Insurance Company, and denying the motions for summary judgment of Plaintiffs American Guarantee and Liability Insurance Company and Satterfield & Pontikes Construction, Inc., and Intervenor Amerisure Mutual Insurance Company, against Defendant United States Fire Insurance Company; and

2. Partial Final Judgment (Docket Entry No. 116) in which the United States District Court entered judgment in favor of United States Fire Insurance Company, dismissing all claims brought by or against United States Fire Insurance Company with prejudice.

Respectfully submitted,

*Of Counsel*:
John C. Warren
State Bar No. 24066264
Southern District ID No. 2375138
COKINOS | YOUNG
1221 Lamar, 16th Floor
Houston, Texas 77010
Telephone: (713) 535-5577
Facsimile: (713) 535-5533
Email: *jwarren@cokinoslaw.com*

*/s/ Patrick J. Wielinski*
Patrick J. Wielinski
State Bar No. 21432450
Southern District ID No. 10037
COKINOS | YOUNG
105 Decker Court, Suite 800
Irving, Texas 75062
Telephone: 817-635-3620
Facsimile: 817-635-3633
Email: *pwielinski@cokinoslaw.com*

***ATTORNEYS FOR PLAINTIFF, SATTERFIELD & PONTIKES CONSTRUCTION, INC.***

*/s/ Blair Dancy*
Blair Dancy
State Bar No. 24001235
Southern District ID No. 619381
Cain & Skarnulis PLLC
400 W. 15th Street, Suite 900
Austin, Texas 78701
Telephone: 512-474-5040
Facsimile: 512-477-5011
Email: *bdancy@cstrial.com*

***ATTORNEYS FOR PLAINTIFF AMERICAN GUARANTEE & LIABILITY INS. CO.***

Of Counsel:
Robert J. Witmeyer
State Bar No. 24091174
Southern District ID No. 2600115
Cooper & Scully
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214-712-9501
Email: *rob.witmeyer@cooperscully.com*

/s/ Brent Cooper
R. Brent Cooper
State Bar No. 04783250
Southern District ID No. 18271
Cooper & Scully
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214-712-9501
Email: *brent.cooper@cooperscully.com*

***ATTORNEYS FOR INTERVENOR AMERISURE MUTUAL INS. CO.***

**CERTIFICATE OF SERVICE**

I hereby certify that on August ___, 2017, I electronically filed the foregoing pleading using the CM/ECF system which will send notification of such filing to all counsel of record.

Brian S. Martin
*bmartin@thompsoncoe.com*
Kevin F. Risley
*krisley@thompsoncoe.com*
Cyrus W. Haralson
*charalson@thompsoncoe.com*
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056-1988

*Attorneys for Defendant United States Fire Ins. Co.*

*/s/ Patrick J. Wielinski*
Patrick J. Wielinski