Case 4:15-cv-01926   Document 124   Filed in TXSD on 09/06/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND SATTERFIELD & PONTIKES CONSTRUCTION, INC., | § § § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-01926 |
| UNITED STATES FIRE INSURANCE COMPANY, | § § § § | |
| Defendant | § § | |

**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE**

On this day came on to be heard and considered the Joint Motion to Dismiss with Prejudice, and the Court having considered same is of the opinion that said motion is meritorious and should be granted. It is therefore,

ORDERED that the motion is GRANTED and that all remaining claims by and between American Guarantee and Liability Insurance Company, Plaintiff Satterfield & Pontikes Construction, Inc., and Intervenor Amerisure Mutual Insurance Company are hereby DISMISSED with prejudice to the refiling of same. All costs and fees are to be borne by the party incurring same.

SIGNED this the _6th_ day of September 2017.

_____
UNITED STATES DISTRICT JUDGE