IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:15CV1926

No. 17-20513

A True Copy
Certified order issued Sep 20, 2017

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

SATTERFIELD AND PONTIKES CONSTRUCTION, INCORPORATED,

Plaintiff - Appellant

AMERISURE MUTUAL INSURANCE COMPANY,

Intervenor - Appellant

v.

UNITED STATES FIRE INSURANCE COMPANY,

Defendant - Appellee

United States District Court
Southern District of Texas
FILED
SEP 20 2017
David J. L_____, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal taken on behalf of Appellant American Guarantee & Liability Insurance Company ONLY is dismissed as of September 20, 2017, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Christina Gardner
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 20, 2017

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 17-20513    Amer Guarnt & Liab Ins Co., et al v. U.S. Fire Insurance Co.  
                              USDC No. 4:15-CV-1926

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate as to appeal taken by American Guarantee & Liability Insurance Company ONLY.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Christina A. Gardner, Deputy Clerk  
504-310-7684

cc w/encl:  
    Mr. Richard Brent Cooper  
    Mr. Brian S. Martin  
    Mr. Patrick J. Wielinski