IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

AUG 24 2018

David J. Bradley, Clerk of Court

No. 17-20513

D.C. Docket No. 4:15-CV-1926

United States Court of Appeals
Fifth Circuit

FILED

August 2, 2018

Lyle W. Cayce
Clerk

SATTERFIELD AND PONTIKES CONSTRUCTION, INCORPORATED,

Plaintiff - Appellant

AMERISURE MUTUAL INSURANCE COMPANY,

Intervenor - Appellant

v.

UNITED STATES FIRE INSURANCE COMPANY,

Defendant - Appellee

Certified as a true copy and issued as the mandate on Aug 24, 2018

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas

Before CLEMENT, HIGGINSON, and HO, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 24, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 17-20513 Amer Guarnt & Liab Ins Co., et al v. U.S. Fire Insurance Co.
USDC No. 4:15-CV-1926

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Casey Sullivan
Casey Sullivan, Deputy Clerk
504-310-7642

cc: Mr. Brian S. Martin
Ms. Amy Nicole Rauch
Mr. Kevin Frank Risley
Mr. Patrick J. Wielinski